UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. CR19-054-RAJ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| JUAN ALBERTO VARELA-AMADOR, | ) | |
| | ) | |
| Defendant. | ) | |

<u>Offense charged</u>: Illegal Reentry after Deportation

<u>Date of Detention Hearing</u>: March 14, 2019.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant is reportedly a citizen of Mexico.

2. The United States alleges that his presence in this country is illegal. There is

an immigration detainer pending against him. Defendant's criminal record includes convictions for offenses involving use of a dangerous weapon, and failures to appear with bench warrant activity. The instant case was filed by Complaint in 2014, and an arrest warrant has been outstanding since it was issued at that time. Defendant is associated with alias names and a second date of birth.

      3.     Defendant poses a risk of nonappearance due to a history of failing to appear, lack of legal status, Mexican citizenship and ties to Mexico, use of alias names and dates of birth, and lack of legal employment. Defendant poses a risk of danger due to violent criminal history, previous similar offenses, domestic violence and history of weapons use. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 14th day of March, 2019.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3